■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSEPH THOMAS, Appellant. — Judgment, Supreme Court, New York County (Manuel Ramos, J.), rendered on December 10, 1982, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted. (See *Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur — Sullivan, J. P., Ross, Asch and Kassal, JJ.

■ DOROTHY DU PONT, Petitioner, v STATE DIVISION OF HUMAN RIGHTS et al., Respondents. — Application to set aside and annul the order of the State Division of Human Rights, dated July 30, 1984, unanimously dismissed as untimely, without costs and without disbursements. Were we to consider the merits of the order of the State Division of Human Rights, we would confirm the determination. No opinion. Concur — Sullivan, J. P., Ross, Asch and Kassal, JJ.

■ In the Matter of FREDERIC B. SOLOMON. — Application for reinstatement as an attorney and counselor at law in the State of New York referred to the Departmental Disciplinary Committee for the First Judicial Department to hear and report with respect to said application, and pending receipt of the report, the motion is held in abeyance. Concur — Murphy, P. J., Ross, Asch, Fein and Milonas, JJ.